

# Fourth Court of Appeals
## San Antonio, Texas

April 21, 2016

No. 04-15-00803-CV

Armando **BENAVIDES**,
Appellant

v.

Anselmo **BENAVIDES**, Antonio Benavides, and A.T. Trucking, L.L.P.,
Appellee

From the 79th Judicial District Court, Jim Wells County, Texas
Trial Court No. 06-03-44411-CV
Honorable Richard C. Terrell, Judge Presiding

## O R D E R

Appellant's second motion for extension of time to file appellant's brief is granted. We order appellant's brief due May 2, 2016. Counsel is advised that no further extensions of time will be granted absent a motion that (1) demonstrates extraordinary circumstances justifying further delay, (2) advises the court of the efforts counsel has expended in preparing the brief, and (3) provides the court reasonable assurance that the brief will be completed and filed by the requested extended deadline. The court does not generally consider a heavy work schedule to be an extraordinary circumstance.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of April, 2016.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court